## CERTIFICATE OF SERVICE

**CHRISTINA L. HOGGAN,** declares under the penalty of perjury, pursuant to

28 U.S.C. §1746, as follows:

That on June 29, 2007, I caused a true and correct copy of the following

documents to be served by overnight mail via the United States Postal Service upon DR.

DELOIS BLAKELY, BISHOP SHIRLEY PITTS, MS. MARGARET CALLENDER, pro-se

Plaintiffs, 447 West 142nd Street HDFC, Inc., New Future Foundation, Inc, Suite 2, New York,

New York 10031:

1.    Notice of Motion, dated June 29, 2007

2.    Declaration of Christina L. Hoggan, dated June 26, 2007

3.    Memorandum of Law in Support of the Defendants' Motion to Dismiss, dated June 26, 2007

Dated:    Brooklyn, New York
          July 3, 2007

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 788-0461


By:  ___s/_____
      Christina L. Hoggan (CH-6877)
      Assistant Corporation Counsel